In the Matter of the Arbitration between MAX FLEISCHER et al., Appellants, and CEIL BORUS, as Administratrix of the Estate of ABRAHAM I. BORUS, Deceased, Respondent.

Argued May 31, 1951; decided October 11, 1951.

*Jacob W. Friedman* and *Irving Schneider* for appellants.

*Harry T. Zucker* and *Milton S. Shapiro* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.